UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYRONE MURPHY, | Case No. 2:25-cv-04934-PA-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| 312 SPRING STREET COURT, LOS ANGELES CA 90012 2 FLOOR FILE OFFICE MY DAMAGE, | |
| Defendant. | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 27, 2025

_____
PERCY ANDERSON
United States District Judge